KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
E-mail: kstein@nevadafirm.com
MIKKAELA N. VELLIS, ESQ.
Nevada Bar No. 14294
E-mail: mvellis@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
FINE, PUZEY, STEIN & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308

*Pro Bono Counsel* for Defendant ROMANA STRAZNICKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| MARTIN STRAZNICKY, M.D. | CASE NO.: 3:18-CV-00394-RCJ-CBC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING WITHDRAWAL OF DEFENDANT'S COUNTER-CLAIM AND CONSENT TO ALLOW DEFENDANT TO FILE AN AMENDED ANSWER** |
| v. | |
| ROMANA STRAZNICKA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff MARTIN STRAZNICKY, M.D. ("Plaintiff"), by and through his counsel of record, Robertson, Johnson, Miller & Williamson, and Defendant ROMANA STRAZNICKA ("Defendant"), by and through her counsel of record, the law firm of Holley Driggs Walch Fine Puzey Stein and Thompson, for an order that Defendant is allowed to withdraw her counter-claim [ECF No. 14]. Thereafter, the parties agree that Plaintiffs' Motion to Strike, or in the alternative, Motion to Dismiss [ECF No. 30] is moot and also withdrawn. Additionally, Plaintiff consents to Defendant filing an amended answer to the Complaint within 14 days of entry of this Order.

This Stipulation is based upon Defendant being referred to the Pro Bono Program and being assigned counsel. *See* Order of Appointment of Counsel [ECF No. 37]. Following this Appointment of Counsel, the Court's Minute Order entered August 20, 2019

directed the parties to meet and confer. As a result of this meeting, the parties agreed to this Stipulation in an attempt to streamline this action and reduce the need for motion practice.

**IT IS SO STIPULATED.**

| ROBERTSON, JOHNSON MILLER & WILLIAMSON<br>50 West Liberty Street, Suite 600<br>Reno, Nevada 89501 | HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON<br>400 South 4th Street, 3rd Floor<br>Las Vegas, NV 89101 |
|---|---|
| By: /s/ Kirk C. Johnson<br>    Kirk C. Johnson, Esq.<br>    Alison Gansert Kertis, Esq.<br>    *Attorneys for Plaintiff* | By: /s/ Kimberly P. Stein<br>    Kimberly P. Stein, Esq.<br>    Mikkaela N. Vellis, Esq.<br>    *Attorneys for Defendant* |

**IT IS SO ORDERED**

_____
United States Magistrate Judge
DATED: 9/10/2019

Submitted By:

**HOLLEY, DRIGGS, WALCH,
FINE, PUZEY, STEIN & THOMPSON**


/s/Kimberly P. Stein
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8657
MIKKAELA N. VELLIS, ESQ.
Nevada Bar No. 14294
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Pro Bono Counsel* for Defendant ROMANA STRAZNICKA

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2019, I caused a true and correct copy of the foregoing instrument entitled **STIPULATION AND ORDER REGARDING WITHDRAWAL OF DEFENDANT'S COUNTER-CLAIM AND CONSENT TO ALLOW DEFENDANT TO FILE AN AMENDED ANSWER** to be served by first class mail to the following counsel of record:

    Kirk C. Johnson, Esq.
    Alison Gansert Kertis, Esq.
    Roberstson, Johnson, Miller & Williamson
    50 West Liberty Street, Suite 600
    Reno, NV 89501
    Tel:  (775) 329-5600
    kirk@nvlawyers.com
    alison@nvlawyers.com 4

                                                           */s/Andi Hughes*
                                         An employee of Holley Driggs Walch Fine Puzey Stein & Thompson